**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**Ana Grimm-Bolle, Individually and as the Administratrix of the Estate of Cristian Bolle,**

**Plaintiff,**

**-against-**

**Michael D. Miltroka and Marts Trucking LLC,**

**Defendants.**

---

**STIPULATION OF DISCONTINUANCE**

**Civil Case.: 1:25-CV-01355**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action is voluntarily dismissed with prejudice as against all defendants, **Michael D. Miltroka and Marts Trucking, LLC**, that whereas no party hereto is an infant, incompetent person for whom a committee has appointed or conservatee, and no person, not a party has an interest in the subject matter of the action, the above-entitled action is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Monday, April 20, 2026

John H. Fisher
The New York Injury & Malpractice Law Firm, P.C.
Attorneys for Plaintiff
278 Wall Street
Kingston, New York 12401
(845) 303-1000

Bryan T. Schwartz, Esq.
Gallo, Vitucci, Klar, LLP
Attorneys for Defendants, Michael D. Miltroka and Marts Trucking, LLC
711 Third Avenue, Suite 500
New York, New York 10017

IT IS SO ORDERED.

Frederick J. Scullin, Jr.
Senior United States District Judge

Date: April 22, 2026